UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISON

Brittany Burgo,                     Case No. 19-11627
                                    Honorable Judith E. Levy
       Plaintiff,           Mag. Judge Stephanie Dawkins Davis

   v.

Airport Terminal Services Incorporated,

       Defendant.
_____/

## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE

**YOU ARE NOTIFIED TO APPEAR ON SEPTEMBER 26, 2019 at 10:30 A.M.** for a Case Management Status and Scheduling Conference at 200 E. Liberty Street, Suite 300, Ann Arbor, Michigan 48104.

Counsel shall review Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan no later than 4 business days before the conference.

The proposed discovery plan and case summary must be filed with the Court.

                                    s/Shawna C. Burns
                                    Shawna C. Burns, Case Manager
Dated:  August 12, 2019          (734) 887-4701