UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

BRITTANY BURGO

        Plaintiff(s),

v.

AIRPORT TERMINAL SERVICES, INC.

        Defendant(s).

Case No. 19-cv-11627

Judge Judith E. Levy

Magistrate Judge Stephanie Dawkins Davis

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, AIRPORT TERMINAL SERVICES, INC.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☑    No ☐

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: AIG
   Nature of Financial Interest: Insurer

Date: August 14, 2019

s/Martin C. Brook

P55946
Ogletree, Deakins, Nash, Smoak & Stewart, PLLC
34977 Woodward Avenue, Suite 300
Birmingham, MI 48009
248-593-6400
martin.brook@ogletree.com