# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

BRITTANY BURGO,                     Case No. 2:19-cv-11627

       Plaintiff,              Hon. Judith E. Levy

v.                                  Mag. Judge Stephanie Dawkins Davis

AIRPORT TERMINAL SERVICES, INC.,

       Defendant
_____

## APPEARANCE OF ATTORNEY FRANCES J. HOLLANDER

To:   Clerk of the Court

Please enter the Appearance of Frances J. Hollander (P82180) of the law firm of Blanchard &Walker, PLLC, as the attorney for Plaintiff Brittany Burgo.

    Respectfully submitted,

    /s/ Frances J. Hollander
    Frances J. Hollander (P82180)
    BLANCHARD & WALKER, PLLC
    *Attorneys for Plaintiff*
    221 N. Main Street, Suite 300
    Ann Arbor, MI 48104
    (734) 929-4313
    hollander@bwlawonline.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2019, my paralegal, Natalie M. Walter, electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Frances J. Hollander
Frances J. Hollander (P82180)
BLANCHARD & WALKER, PLLC
*Attorneys for Plaintiff*
221 N. Main Street, Suite 300
Ann Arbor, MI 48104
(734) 929-4313
hollander@bwlawonline.com