UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Brittany Burgo,

          Plaintiff,

                        Case No. 19-11627

v.

                        Judith E. Levy

Airport Terminal Services     United States District Judge
Incorporated,

          Defendant.     Mag. Judge Stephanie Dawkins
                                      Davis
_____/

## SCHEDULING ORDER

The Court held a scheduling conference in the above captioned matter on September 26, 2019. The following are the dates set and agreed on by the parties to this litigation:

| EVENT | DEADLINE |
|---|---|
| Expert Disclosures and Reports: | ***Dates Listed in the Rule 26(f) Report*** |
| Email/Call regarding ADR/Mediation/Facilitation: | **October 11, 2019** |
| Fact Discovery completed by: | **April 1, 2020** |
| Dispositive Motions filed by: | **May 5, 2020** |
| Motions *in Limine* filed by: | **August 17, 2020** |
| Final Pretrial Order filed by: | **September 14, 2020** |

| Final Pretrial Conference: | **September 21, 2020 at 10:00 a.m.** |
|---|---|
| Jury Instructions & Verdict Form filed by: | **September 28, 2020** |
| Trial Date: | **October 5, 2020 at 8:30 a.m.** |
| **JURY TRIAL** ||

**Expert Discovery**

If the Court has set no specific deadlines for the disclosure and timing of expert testimony, Fed. R. Civ. P. 26(a)(2)(D) will govern the disclosure and timing of expert testimony.

**Discovery Disputes**

As discussed at the scheduling conference, the parties are required to first confer and attempt to narrow any disagreements in regard to discovery.  E.D. Mich. Local R. 37.1.

In the event a dispute still exists after the parties confer, the Court's practice guidelines require parties to contact the Court via telephone prior to filing any discovery motions.  The Court will then hold a telephonic conference with the parties regarding the subject of the dispute.  The Court will only permit discovery motions to be filed after it holds a telephonic conference on the dispute; discovery motions

filed without leave of Court will be stricken from the docket.

Dated: September 26, 2019          s/Judith E. Levy
    Ann Arbor, Michigan              JUDITH E. LEVY
                                        United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 26, 2019.

                                        s/Shawna C. Burns
                                        SHAWNA C. BURNS
                                        Case Manager