# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BRITTANY BURGO, | Case No. 2:19-cv-11627 |
| Plaintiff, | Hon. Judith E. Levy |
| v. | Mag. Judge Stephanie Dawkins Davis |
| AIRPORT TERMINAL SERVICES, INC., | |
| Defendant | |

_____

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Upon the stipulation and agreement of the parties, and the Court being otherwise fully informed;

IT IS HEREBY ORDERED that the above-captioned matter shall be DISMISSED with prejudice in its entirety and without costs and/or attorney fees assessed against any party.

THIS ORDER DISMISSES THE LAST REMAINING CLAIM AND CLOSES THE CASE.

Date: January 21, 2020

s/Judith E. Levy
United States District Judge

## **STIPULATION**

The parties, by and through their respective attorneys, stipulate to the entry of this order.

Respectfully submitted,

| | |
|---|---|
| /s/ Frances J. Hollander | /s/ with consent of Martin C. Brook |
| Angela L. Walker (P67625) | Martin C. Brook (P55946) |
| Frances J. Hollander (P82180) | OGLETREE, DEAKINS, NASH, |
| BLANCHARD & WALKER, PLLC | SMOAK & STEWART, PLLC |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |
| 221 N. Main Street, Suite 300 | 34977 Woodward Avenue |
| Ann Arbor, MI 48104 | Suite 300 |
| (734) 929-4313 | Birmingham, MI 48009 |
| walker@bwlawonline.com | (248) 593-6400 |
| hollander@bwlawonline.com | martin.brook@ogletree.com |

Dated:  January 21, 2020